[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 28, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-11890
Non-Argument Calendar

_____

D. C. Docket No. 07-00129-CR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK LORENZO DAWSON,
a.k.a. Black,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(September 28, 2009)

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Christopher J. Hudson, appointed counsel for Patrick Lorenzo Dawson in this direct criminal appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dawson's convictions and sentences are **AFFIRMED**.